WALTER F. BROWN, JR. (STATE BAR NO. 130248)
MELINDA HAAG (STATE BAR NO. 132612)
ERIC M. HAIRSTON (STATE BAR NO. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
LESTER W. HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON HILL, DENNIS CYRUS, JR., AQUIL H. PETERSON, LESTER W. HOGAN, STEVEN WILSON, DONALD ARMOUR, AND MISTER MEILLEUR,<br><br>Defendants. | Case No.  CR-05-0324 MMC<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANT TO USE AUDIO AND VIDEO EQUIPMENT TO REVIEW DISCOVERY AT GLENN DYER JAIL**<br><br>The Honorable Maxine M. Chesney |

1  Finding good cause shown, as discovery has been provided on video cassettes, audio
2  cassettes and audio CD's:
3  IT IS HEREBY ORDERED that defendant Lester Hogan be permitted to use a cassette
4  and/or CD player and video equipment as necessary at the Glenn Dyer Jail in order to review
5  discovery.

7  IT IS SO ORDERED.

9  Dated: October 25, 2005

   _____
   THE HONORABLE MAXINE M. CHESNEY
   United States District Judge