

# U.S. Department of Justice

United States Attorney

Northern District of California

Phillip Burton Federal Building  
450 Golden Gate Avenue, Box 36055  
San Francisco, CA 94102

(415) 436-7200  
FAX:(415) 436-7234

July 31, 2006

By File  
Honorable Maxine M. Chesney  
United States District Court  
Northern District of California  
450 Golden Gate Avenue, Box 36060  
San Francisco, California 94102

E-Filing

Re: <u>United States v. Raymon Hill et al., CR 05-00324 MMC</u>

Dear Your Honor:

I write to request that defendant Lester W. Hogan be produced from custody for the parties' appearance scheduled before this Court on August 2, 2006 at 2:30 p.m.

Initially, Mr. Hogan was not scheduled to appear before this Court due to his non-joinder in the pending Motion to Preserve Notes. However, we request Mr. Hogan's appearance due to the likelihood that further scheduling matters, among other things, may be discussed at the August 2 hearing.

I have spoken with counsel for Mr. Hogan regarding this request, and she has no objection.

Respectfully submitted,

KEVIN V. RYAN  
United States Attorney

JAMES E. KELLER  
Assistant United States Attorney

cc: Melinda Haag,  
Eric Hairston  
Orrick, Herrington & Sutcliffe, LLP

IT IS SO ORDERED

MAXINE M. CHESNEY  
UNITED STATES DISTRICT JUDGE  
DATE ____AUG X 1 2006____