CR-05-0324-4
3/21/10  MMC

Dear Judge Chesney,

I am writing this letter concerning my time calculation and release date. I am currently serving a 144 month sentence wich I pleaded out to in your courtroom in 2008. I am a co-conspirator in the Hill vs US RICO case. I was indicted on May 25th 2005. Prior to that I was on probation for a felon in possession of a fire arm wich I was sentenced to in Judge Alsup's courtroom. When I was Indicted on the RICO charge I was serving a 6 month violation in the Oakland Half way house for being around a convicted felon. In or around September I was brought back to court in front of Judge Alsup in wich I was being violated for having a dirty UA. Test. I ended up taking a plea for 1yr violation. Wich during me accepting the yr I was brought to believe wich the D.A. and Alsup willingly agreed to whatever I pleaded out to in your courtroom would run concurrent. I was specifically told it would wich was my sole purpose in accepting the violation and the sentence imposed by yourself. After taking acceptance of responsibility and pleading out to the 144 months

I was then put into the federal system. When I got to USP McCreary in Kentucky I spoke with my case manager and we calculated my time. Now being I was indicted on May of 2005 and my having a 12 yr sentence my release date should be 2015. Wich is 10 yrs on a 12 yr sentence with all my good time. But the date said 2016. And when I asked how could that be I was told they did not run my yr violation concurrent with my time. Then I had the law firm wich represented me Orrick, Sutcliffe. I think. But Melinda Haag was my attorney. Well I had them mail the court transcripts wich stated during my sentencing sayin you ordered that my yr violation run concurrent with my sentence. They then sent it to Grand Prairie wich denied it do to the fact it was not stated in my judgement of committment. I have done everything I was asked of wich is involve myself in numerous programs to better myself and turn this into a positive and learning experience. What Im asking is can you please fix this for me because 1 yr is a big difference from 2015 to 2016. And would I have to be brought back to court to be resentenced to add the yr in or is there another

way to accomplish this. My Lawyer Melinda Haag number is 415-773-5610. Please let me know. Thank you very much. Sincerely

Lester Hogan

Lester Hogan

I am currently in F.C.I Herlong.